# EXHIBIT 1

# EXHIBIT 1





Powered by ⬤ Clickability

🖨 **Click to Print**

SAVE THIS | EMAIL THIS | Close

Sep. 19, 2010
Copyright © Las Vegas Review-Journal

## NORM: Unruly celebrities get zero tolerance

Las Vegas continues to send a message to misbehaving celebrities: Break the law, pay the price.

In the first of two recent high-profile cases, undefeated boxing champion Floyd Mayweather Jr. got rocked with eight charges filed against him in a domestic violence case.

Then it was Paris Hilton's turn, following her arrest for cocaine possession last month.

In a plea bargain agreement, she will plead guilty to drug possession and obstructing an officer, complete a drug abuse program, pay a $2,000 fine and serve 200 hours of community service, Clark County District Attorney David Roger said.

Hilton's deal came as a surprise to a veteran criminal defense attorney who spoke on the condition of anonymity.

"My first impression was that she was being treated harsher because she was a celebrity," said the source.

"Normally in a case like this involving a small amount of cocaine, you get 40 hours of community service and maybe six months suspended sentence," he added.

"Because she's high-profile, what better way to send a message to celebrities who get in trouble in Las Vegas?"

It probably didn't help Hilton's cause that Roger is up for re-election, the source added. "Politically it would been perceived that she was walking away or getting a slap on the wrist."

Two years ago, Roger prosecuted O.J. Simpson in an armed robbery that sent the NFL star to prison.

Hilton, 29, avoided two consecutive six-month sentences in the Clark County Detention Center, but the terms of her one-year probation means "if she's arrested anywhere, she's going to jail for a full year," the source said.

Hilton was arrested Aug. 27 when her boyfriend, nightclub executive Cy Waits, was pulled over near Wynn Las Vegas after marijuana smoke was detected by a motorcycle cop. Waits was arrested on suspicion of driving while under the influence of alcohol or drugs.

Mayweather faces arraignment Nov. 9 for the eight charges from the Sept. 9 incident with the mother of his children. Four of the charges are for felonies.

THE SCENE AND HEARD

Former Green Valley Ranch singer Michael Grimm proposed to his girlfriend, Lucy Zolcerova,

on Thursday on The Ellen DeGeneres Show, a day after winning the fifth season of "America's Got Talent." They met while he was signing CD's after a Las Vegas performance.

CLUB CHATTER

One of the latest high-level nightclub firings came as no surprise to those who have been following his profane rant-filled social media postings.

He's leaving a raw daily record of a lifestyle that reads like Warren Zevon's "Lawyers, Guns and Money."

His latest screed: He vows to bring down the resort that canned him.

Also heard on the Strip: speculation that Cy Waits and Steve Davidovici are teaming up on Davidovici's club, Chateau, at Paris Las Vegas.

Davidovici turned Pure Management Group into one of the city's biggest nightclub success stories before the IRS came calling.

SIGHTINGS

Singer Michael Bolton and his "Dancing with the Stars" partner, Chelsie Hightower, backstage at "Phantom -- The Las Vegas Spectacular" (The Venetian) after watching the show Friday. ... Bill Edwards and Lou Mann, producers of "Sgt. Pepper Live with Cheap Trick," hosting a wrap party with the cast and crew at the Eiffel Tower Restaurant. A baby grand piano was brought into the restaurant for the party. ... Eleven-time NFL Pro Bowler Jonathan Ogden, at Republic Kitchen and Bar in Henderson on Saturday.

THE PUNCH LINE

"I was training the dogs to ... uhhhhhh ... get Osama bin Laden." -- From David Letterman's Top 10 Michael Vick Excuses

Norm Clarke can be reached at 702-383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

**Find this article at:**
http://www.lvrj.com/news/unruly-celebrities--get-zero-tolerance-103230389.html

🖨 Click to Print

SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

**iDisappoint**
*Randomness*

## Unruly celebrities get zero tolerance
Posted on September 21, 2010 by

Then it was Paris Hilton's turn, following her arrest for cocaine possession last month.

In a plea bargain agreement, she will plead guilty to drug possession and obstructing an officer, complete a drug abuse program, pay a $2,000 fine and serve 200 hours of community service, Clark County District Attorney David Roger said.

Hilton's deal came as a surprise to a veteran criminal defense attorney who spoke on the condition of anonymity.

"My first impression was that she was being treated harsher because she was a celebrity," said the source.

"Normally in a case like this involving a small amount of cocaine, you get 40 hours of community service and maybe six months suspended sentence," he added.

"Because she's high-profile, what better way to send a message to celebrities who get in trouble in Las Vegas?"

It probably didn't help Hilton's cause that Roger is up for re-election, the source added. "Politically it would been perceived that she was walking away or getting a slap on the wrist."

Two years ago, Roger prosecuted O.J. Simpson in an armed robbery that sent the NFL star to prison.

Hilton, 29, avoided two consecutive six-month sentences in the Clark County Detention Center, but the terms of her one-year probation means "if she's arrested anywhere, she's going to jail for a full year," the source said.

Hilton was arrested Aug. 27 when her boyfriend, nightclub executive Cy Waits, was pulled over near Wynn Las Vegas after marijuana smoke was detected by a motorcycle cop. Waits was arrested on suspicion of driving while under the influence of alcohol or drugs.

Mayweather faces arraignment Nov. 9 for the eight charges from the Sept. 9 incident with the mother of his children. Four of the charges are for felonies.

Former Green Valley Ranch singer Michael Grimm proposed to his girlfriend, Lucy Zolcerova, on Thursday on The Ellen DeGeneres Show, a day after winning the fifth season of "America's Got Talent." They met while he was signing CD's after a Las Vegas performance.

One of the latest high-level nightclub firings came as no surprise to those who have been following his profane rant-filled social media postings.

He's leaving a raw daily record of a lifestyle that reads like Warren Zevon's "Lawyers, Guns and Money."

His latest screed: He vows to bring down the resort that canned him.

Also heard on the Strip: speculation that Cy Waits and Steve Davidovici are teaming up on Davidovici's club, Chateau, at Paris Las Vegas.

Davidovici turned Pure Management Group into one of the city's biggest nightclub success stories before the IRS came calling.

Singer Michael Bolton and his "Dancing with the Stars" partner, Chelsie Hightower, backstage at "Phantom — The Las Vegas Spectacular" (The Venetian) after watching the show Friday. ... Bill Edwards and Lou Mann, producers of "Sgt. Pepper Live with Cheap Trick," hosting a wrap party with the cast and crew at the Eiffel Tower Restaurant. A baby grand piano was brought into the restaurant for the party. ... Eleven-time NFL Pro Bowler Jonathan Ogden, at Republic Kitchen and Bar in Henderson on Saturday.

"I was training the dogs to ... uhhhhhh ... get Osama bin Laden." — From David Letterman's Top 10 Michael Vick Excuses

Norm Clarke can be reached at 702-383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

<a href="http://www.lvrj.com/news/unruly-celebrities–get-zero-tolerance-103230389.html?ref=389tag:news.google.com,2005:cluster=http://www.lvrj.com/news/unruly-celebrities–get-zero-tolerance-103230389.html?ref=389Sun, 19 Sep 2010 09:03:23 GMT 00:00">Unruly celebrities get zero tolerance

This entry was posted in random news and tagged clark county detention, criminal defense attorney. Bookmark the permalink.

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title ──────────────────────────────
        **Title of Work:** Unruly celebrities get zero tolerance

## Completion/Publication ──────────────
        **Year of Completion:** 2010
    **Date of 1st Publication:** September 19, 2010       **Nation of 1st Publication:** United States

## Author ──────────────────────────────
    ■    **Author:** Stephens Media LLC
      **Author Created:** text

    **Work made for hire:** Yes
          **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant ──────────────────
    **Copyright Claimant:** Righthaven LLC

         9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States
    **Transfer Statement:** By written agreement

## Rights and Permissions ──────────────
    **Organization Name:** Righthaven LLC
           **Name:** Chief Executive Officer
          **Email:** sgibson@righthaven.com       **Telephone:** 702-527-5900
        **Address:** 9960 West Cheyenne Avenue
          Suite 210
          Las Vegas, NV  89129-7701  United States

## Certification ──────────────────────

| | |
|---|---|
| **Name:** | Steven A. Gibson |
| **Date:** | October 6, 2010 |
| **Applicant's Tracking Number:** | 0002116 |

**Registration #:**

**Service Request #:**   1-498243683

**Application Date:**   10-06-2010 19:46:32

## Correspondent

|                       |                                      |
|-----------------------|--------------------------------------|
| **Organization Name:** | Righthaven LLC                      |
| **Name:**              | Steven A. Gibson                    |
| **Address:**           | 9960 West Cheyenne Avenue           |
|                        | Suite 210                           |
|                        | Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States